**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7574

JAMES C. PLATTS,

             Plaintiff - Appellant,

      v.

MARY BETH BUCHANAN; JOHN JEFFREY MILLER; HAROLD STANTON;
NINA M. MIKLOS; LISA DICERBO; ROSEMARY PAGUNI; JEAN M.
TRIPP; PATRICK J. THOMASSEY; STEVEN TOWNSEND; DONETTA W.
AMBROSE; LISA B. FREELAND; TOM LIVINGSTON; KAREN GERLACH,

             Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  John Preston Bailey,
Chief District Judge.  (2:13-cv-00042-JPB-JES)

Submitted:  December 19, 2013      Decided:  December 24, 2013

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James C. Platts, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James C. Platts appeals the district court's order and judgment accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Platts v. Buchanan, No. 2:13-cv-00042-JPB-JES (N.D.W. Va. Sept. 12, 2013).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2